IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICKI WEST,

    Plaintiff,

  v.                                     NO. CIV. S-07-2073 GGH

COLVIN OIL COMPANY,

    Defendant.            <u>ORDER</u>

_____/

        On April 6, 2009, the parties filed joint objections to the tentative pretrial order. The objections are sustained, and the parties requests as set forth in the April 6th objections are now encompassed within that order, and supersede previous provisions to the contrary in the pretrial order. The pretrial order is now final.

DATED: April 17, 2009

                                                     /s/ Gregory G. Hollows
                                                     UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
west.final