Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

VICKI WEST,

                              Plaintiff,

         vs.

COLVIN OIL COMPANY, dba
FIREBALL GAS, a foreign corporation,

                              Defendant.

Case No. S-07-2073 GGH

**STIPULATION AND ORDER
DISMISSING ACTION WITH
PREJUDICE**

Date: April 27, 2009
Time: 8:30 a.m.
Judge: Hon. Gregory G. Hollows

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

Plaintiff, Vicki West, by and through her undersigned counsel of record, and Defendant, Colvin Oil Company, dba Fireball Gas, by and through their undersigned counsel of record, hereby stipulate to the dismissal of this action, with prejudice, pursuant to F.R.C.P. Rule 41(a)(ii), each party to bear their own fees and costs.

Dated: May 6, 2009                                    MCINERNEY & JONES

By:_____
Charles A. Jones
Attorneys for Plaintiff

Dated May 6, 2009                                    CARR, KENNEDY, PETERSON & FROST

BY:_____
Mark Vegh
Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that this action is dismissed, with prejudice. Each party shall bear its own fees and costs.

Dated: May 18, 2009

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows

west.dism